JOHN F. BRENNAN, JR., ET AL. v. MIQUEL QUINTELA, ET AL.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRYL HAYES.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. KENT COOPER.

June 17, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS FERNANDO VALENCIA.

June 17, 1986.

Petition for certification denied.